IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCHROEDER-MANATEE RANCH, INC.,
a Delaware Corporation,

        Plaintiff,

  vs.                              CASE NO. 8:23-cv-00214-SDM-AEP

VINCENT VIZZACCARO, P.A. d/b/a
Fine Properties, a Florida Professional Association;
VINCENT VIZZACCARO, an individual,

        Defendants.
_____/

## NOTICE OF RESOLUTION

Pursuant to Middle District Local Rule 3.09, the undersigned counsel for Plaintiff, Schroeder-Manatee Ranch, Inc., hereby notifies the Court that the parties to the above-styled action have reached an agreement to resolve the issues raised in Plaintiff's First Amended Complaint (Dkt. 6), subject to compliance with the terms of a Settlement Agreement entered into by Plaintiff and Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been served via e-mail upon the following:

| | |
|---|---|
| Vince Vizzaccaro, P.A.<br>c/o Vincent Vizzaccaro, as President<br>5716 Mulligan Way<br>Bradenton FL 34211<br>vizzav@gmail.com | Mr. Vincent Vizzaccaro<br>5716 Mulligan Way<br>Bradenton FL 34211<br>vizzav@gmail.com |

on this 13th day of February 2023.

        Respectfully submitted,

        HARLLEE & BALD, P.A.

        By: \_/s/ Brian L. Trimyer_____
            KIMBERLY A. BALD (Lead Counsel)
            FBN: 434190
            BRIAN L. TRIMYER
            FBN: 183792
            202 Old Main Street
            Bradenton, FL  34205
            Telephone: (941) 744-5537
            Facsimile: (941) 744-5547
            *Counsel for Plaintiff, Schroeder-Manatee Ranch, Inc.*

                    and

        JACOX, MECKSTROTH & JENKINS
        Matthew R. Jenkins, Esquire
        FBN: 570931
        1205 Manatee Avenue West
        Bradenton, Florida 34205
        Telephone (941) 388-9532
        Facsimile (800) 298-7418
        *Co-Counsel for Plaintiff, Schroeder-Manatee Ranch, Inc.*